UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYCLERK LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>IMPINJ INC,<br><br>             Defendant. | CASE NO. 2:21-cv-00049-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Court finds it necessary to reset certain deadlines and the trial date in this reassigned case.

(2) Parties have filed a Joint Claim Construction and Prehearing Statement (Dkt. No. 34), identifying three claim terms from the patent at issue that remain disputed and a proposed plan for the claim construction hearing (the "*Markman* Hearing"). The Court agrees with the Parties (*see* Dkt. No. 29, at 3; Dkt. No. 34, at 4) that a tutorial on the relevant technologies in this case would be helpful.

(3) Before the Court revises the schedule, the Parties are DIRECTED to file a Joint Status Report **within seven (7) days** of this Order proposing a new schedule of deadlines for the following events:

| EVENT | DEADLINE |
|---|---|
| Construction Expert Disclosures, if necessary (Local Patent Rule ("LPR") 132) | |
| Completion of claim construction discovery, if necessary (LPR 133) | |
| Joint Claim Construction Brief (LPR 134)[1]<br>1. Plaintiff to serve opening brief<br>2. Defendant to serve answering brief<br>3. Plaintiff to serve reply brief<br>4. Defendant to serve sur-reply brief<br>5. Parties to file Joint Claim Construction Brief | 1.<br>2.<br>3.<br>4.<br>5. |
| Tutorial (LPR 132(g)) | At least 14 days prior to the Claim Construction Hearing Ready Date |
| Claim Construction Hearing Ready Date (LPR 135) | |
| Close of fact discovery | |
| Parties to exchange Initial Expert Reports | |
| Parties to exchange Supplemental Expert Reports | |
| Close of expert discovery | |
| Parties to file case dispositive motions and/or *Daubert* motions | |

---

[1] Counsel should review the Court's Standing Order for Patent Cases at https://www.wawd.uscourts.gov/judges/lin-procedures, specifically the section on Claim Construction Briefs as this Court's procedure differs from the Local Patent Rules. The Parties should allow for sufficient time for the exchange of briefs as set forth in the Standing Order.

| Trial Ready Date | At least four months after the deadline for filing dispositive and/or *Daubert* motions |
|---|---|

(4) The Court plans to re-set the *Markman* Hearing to June 29, 2022. However, in the Joint Status Report, the Parties may identify any conflicts they may have on that date and, if so, identify any anticipated conflicts between June 30, 2022 and August 13, 2022 that would preclude a *Markman* Hearing on such date.

(5) In the Joint Status Report, the Parties should also (a) identify any conflicts they may have for a trial date between January 30, 2023 and April 30, 2023, in the event that the trial date is also revised; (b) provide a current estimate of the number of days required for trial; and (c) discuss the prospects for a settlement, if any.

(6) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 4th day of March 2022.

s/ Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 3