UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYCLERK LLC,<br><br>           Plaintiff(s),<br><br>   v.<br><br>IMPINJ INC,<br><br>           Defendant(s). | CASE NO. 2:21-cv-00049-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties submitted a Stipulated Motion and Proposed Order Modifying Certain Case Schedule Deadlines. Dkt. No. 44. The Parties seek to modify certain of the remaining pretrial deadlines in this case based on the Court's decision on claim construction.

(2) Earlier today, the Court issued its Claim Construction Order. Dkt. No. 45.

MINUTE ORDER - 1

(3) Accordingly, the Court hereby finds good cause to GRANT the Parties' motion in part (Dkt. No. 44) and modify certain deadlines in this case.

(4) The Court SETS the following revised pretrial schedule:

|  | Original Date | Modified Date |
|---|---|---|
| Close of fact discovery | 9/2/2022 | 9/28/2022 |
| Parties to exchange Initial Expert Reports | 9/23/2022 | 10/28/2022 |
| Parties to exchange Supplemental Expert Reports | 10/14/2022 | 11/18/2022 |
| Close of expert discovery | 10/31/2022 | 12/5/2022 |
| Dispositive motions and motions challenging expert witness testimony | 11/18/2022 | 12/30/2022 |
| Settlement Conference, if requested | 1/24/2023 | 1/24/2023 |
| Mediation, if requested | 2/23/2023 | 2/23/2023 |
| Motions in limine | 3/20/2023 | 3/20/2023 |
| Proposed Pretrial Order | 4/3/2023 | 4/3/2023 |

(5) All other dates previously set in this case, including the trial date, remain unchanged.

Dated this 19th day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk