THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYCLERK, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IMPINJ, INC., <br><br> Defendant. | No. 2:21-cv-00049-TL <br><br> **STIPULATED DISMISSAL WITH PREJUDICE & ORDER** |

     Pursuant to Fed. R. Civ. P. 41(a), Plaintiff MyClerk, LLC and Defendant Impinj, Inc., hereby jointly stipulate to dismiss this civil action and all claims and counterclaims brought therein by the parties with prejudice. This stipulation is signed by all parties who have appeared. Dismissal by stipulation of dismissal is therefore appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

     Each party shall bear its own costs and attorneys' fees. The parties further request that the Court retain jurisdiction to enforce the terms of the agreement by which this action was resolved.

STIPULATED DISMISSAL
WITH PREJUDICE & ORDER
(No. 2:21-cv-00049-TL) –1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 7, 2022                   /s/ Cecil E. Key

Philip P. Mann, WSBA No: 28860
**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington, 98110
Ph: (206) 436-0900
phil@mannlawgroup.com

Henning Schmidt, Esq (*pro hac vice*)
Cecil E. Key, Esq (*pro hac vice*)
DIMUROGINSBERG, P.C.
1750 Tysons Boulevard, Suite 1500
Tysons Corner, Virginia 22102
(703) 289-5118
CKey@DiMuro.com
HSchmidt@DiMuro.com

*Attorneys for Plaintiff MyClerk, LLC*

DATED: October 7, 2022                   /s/ Stevan R. Stark

Ramsey M. Al-Salam, WSBA No. 18822
RAlsalam@perkinscoie.com
Stevan R. Stark, WSBA No. 39639
SStark@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000
Attorneys for Defendant Impinj, Inc.

STIPULATED DISMISSAL
WITH PREJUDICE & ORDER
(No. 2:21-cv-00049-TL) –2

PURSUANT TO STIPULATION, IT IS SO ORDERED

IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

DATED: 11th day of October, 2022

_____
Hon. Tana Lin
United States District Court Judge

STIPULATED DISMISSAL
WITH PREJUDICE & ORDER
(No. 2:21-cv-00049-TL) –3